UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASIM AZIZI,

                Plaintiff,

    v.

BATCHILLY, *et al.*,

                Defendants.

Case No. C26-93-JNW-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Plaintiff's Motions for Preliminary Injunction (dkt. ## 15, 18) are DENIED.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 15th day of May, 2026.

*Jamal W.*
Jamal N. Whitehead
United States District Judge

ORDER - 1