UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASIM AZIZI,

Plaintiff,

v.

BATCHILLY, *et al.*,

Defendants.

Case No. C26-93-JNW-MLP

ORDER

This matter is before the Court on Plaintiff Wasim Azizi's Motion for Extra Time. (Dkt. # 39.) Plaintiff seeks an extension of time to respond to Defendants' summary judgment motion because he has not yet received transcriptions of depositions. (*Id.*) Plaintiff does not specify how much additional time he requires. Defendants' summary judgment motion is currently noted for the Court's consideration on August 24, 2026. (Dkt. # 33.)

Defendants filed a response to Plaintiff's Motion, indicating no opposition. (Dkt. # 40.) Defendants attach a declaration by counsel averring that, after receiving a voicemail from Plaintiff on July 29, 2026, about the missing transcript, they provided a copy that same day by hand-delivery to the correctional facility Plaintiff resides in. (Dkt. ## 40-41.) Plaintiff's Motion

was postmarked July 29, 2026, suggesting that he mailed it before receiving the transcript. (*See* dkt. # 39 at 2.)

The Court may, "for good cause," extend briefing deadlines. Fed. R. Civ. P. 6(b)(1). To ensure Plaintiff has sufficient time to prepare his response, and because Defendants have no opposition, the Court finds good cause and GRANTS Plaintiff's Motion (dkt. # 39). Plaintiff's response to Defendants' summary judgment motion is due on or before **August 24, 2026**, and Defendants' reply is due on or before **August 31, 2026**.

The Clerk is directed to re-note Defendants' summary judgment motion (dkt. # 33) for the Court's consideration for **August 31, 2026**, and to send copies of this order to the parties and to the Honorable Jamal N. Whitehead.

Dated this 5th day of August, 2026.

MICHELLE L. PETERSON
United States Magistrate Judge